FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 4:49 pm, Jul 29, 2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO.   4:24CR-74 |
| ) | |
| v.                                                 ) | 18 U.S.C. § 641 |
| ) | Theft of Government Money, |
| INDIA NICOLE YOUNG              ) | Property, and Records |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

<u>**COUNT ONE**</u>
*Theft of Government Money, Property, and Records*
18 U.S.C. § 641

Beginning at an exact date unknown, but between on or about February 2007 and on or about February 2024, in Chatham County, in the Southern District of Georgia, the defendant,

**INDIA NICOLE YOUNG,**

willfully and knowingly did steal, embezzle, and purloin money of a value exceeding $1,000, the property of an agency and department of the United States.

All in violation of Title 18, United States Code, Section 641.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Spitulnik*
Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559