UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 4:49 pm, Jul 29, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 4:24CR-74 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | Theft of Government Money, |
| INDIA NICOLE YOUNG | ) | Property, or Records |

## PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Information are as follows:

**Count 1:** **Theft of Government Money, Property, or Records**
18 U.S.C. § 641

- Not more than ten (10) years of imprisonment;
- Not more than a $250,000.00 fine;
- Not more than three (3) years of supervised release;
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

**/s/ Michael Z. Spitulnik**
Michael Z. Spitulnik
Special Assistant United States Attorney
Illinois Bar No. 6321559